Woods, 151 N. Y. Supp. 1138), where the commissioner found the probationer's prior record so unsatisfactory as to disqualify him for appointment. Manifestly this court should follow this judicial determination of the power of the commissioner of police, which extends throughout the greater city of New York.

The order should therefore be reversed, with $10 costs and disbursements, and relator's motion denied, with $25 costs. All concur.

---

PEOPLE ex rel. FITZGERALD v. WOODS, Police Com'r. (No. 368.)

(Supreme Court, Appellate Division, Second Department. May 28, 1915.)

Mandamus by the People, on relation of William J. Fitzgerald, against Arthur Woods, as Police Commissioner of the City of New York. From an order granting a peremptory writ, defendant appeals. Reversed, and motion for writ denied.

Argued before JENKS, P. J., and THOMAS, CARR, RICH, and PUTNAM, JJ.

PER CURIAM. Order reversed, with $10 costs and disbursements, and relator's motion denied, with $25 costs. See opinion in People ex rel. Walter v. Woods, 153 N. Y. Supp. 872, decided herewith.

---

(89 Misc. Rep. 551)

In re BOARD OF WATER SUPPLY OF CITY OF NEW YORK.

(Supreme Court, Special Term, Ulster County. March, 1915.)

EMINENT DOMAIN ⬅141—CONDEMNATION—DAMAGES—ACQUISITION OF LAND FOR RESERVOIR.

An award made by a business damage commission, on a claim for damages to the business of truck farming and raising produce carried on on land situated in a reservoir district, was erroneous, where based on a finding that, since the land was used for a home, as well as for business purposes, the business should bear half the usable value of the land; a more proper award being one in which the farm business is charged with the capital invested, interest at 5 per cent., and all it costs to maintain and operate it, and is credited with the value of all it produces.

[Ed. Note.—For other cases, see Eminent Domain, Cent. Dig. §§ 372–376; Dec. Dig. ⬅141.]

In the matter of the application of the Board of Water Supply of the City of New York, under Laws 1905, c. 724, and acts amendatory thereof. On motion by petitioner, the City of New York, to reject the report of the Business Damage Commission No. 2 as to the claim of Augustus Green, and to dismiss the same. Ordered that report of the commission be set aside and claim referred to a commission composed of certain members.

Frank L. Polk, Corp. Counsel, and William McM. Speer, Special Counsel, both of New York City, for City of New York.

Brown & Slosson, of New York City, for claimant.

HASBROUCK, J. Business Damage Commission No. 2 filed its report as required by law, and motion was made to confirm it, re-